U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

March 3, 2021

<u>VIA ECF</u>
Hon. Lorna G. Schofield
United States District Judge
United States District Court
40 Foley Square
New York, New York 10007

   **Re:** *Matcharashvili, et al. v. Rosen, et al.*, No. 21 Civ. 225 (LGS)

Dear Judge Schofield:

  This Office represents the government in this action in which the plaintiffs seek relief regarding certain immigrant visa applications (Forms DS-260) and underlying Petitions for Alien Relative (Forms I-130). On behalf of the government, I write respectfully to request an on-consent extension of time of forty-five days to respond to the complaint (*i.e.*, from March 30, 2021 to May 14, 2021). I also respectfully request that the initial conference presently scheduled for April 1, 2021, be adjourned to a date at least one week after May 14, 2021.

  The extension is respectfully requested because the U.S. Department of State has refused the visa applications and is in the process of returning the Forms I-130 to U.S. Citizenship and Immigration Services for further action. The government anticipates that the requested extension will provide adequate time for USCIS to review the Forms I-130 and determine what next steps may be necessary. This is the government's first request for an extension of the deadline to respond to the complaint and to adjourn the initial conference. Plaintiffs' counsel consents to these requests.

  I thank the Court for its consideration of this letter.

The application is **GRANTED**. The government shall answer, move or otherwise respond to the Complaint by **May 14, 2021**. The initial pretrial conference scheduled for April 1, 2021 (Dkt. No. 10), is **ADJOURNED to May 20, 2021, at 10:40 a.m.** The conference will be telephonic and will occur on the following conference line: 888-363-4749, access code: 5583333. The time of the conference is approximate but the parties shall be prepared to begin at the scheduled time. By **May 13, 2021**, the parties shall file the proposed CMP and joint letter described in the Court's February 16, 2021, Order (Dkt. No. 10).

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By: *s/ Michael J. Byars*
  MICHAEL J. BYARS
  Assistant United States Attorney
  Telephone: (212) 637-2793
  Facsimile: (212) 637-2786
  E-mail: michael.byars@usdoj.gov

Dated: March 4, 2021
   New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE